| ⊛PROB 12C (12/04) | |
|---|---|

# UNITED STATES DISTRICT COURT
for
## District of Guam

**FILED**
DISTRICT COURT OF GUAM
AUG 1 5 2006
MARY L.M. MORAN
CLERK OF COURT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Alwin Samala Cayas**        Case Number: **CR 98-00291-001**

Name of Sentencing Judicial Officer:    U.S. District Court John S. Unpingco

Date of Original Sentence:    December 18, 2003

Original Offense: Conspiracy to Distribute Methamphetamine Hydrochloride aka "Ice", in violation of 21 U.S.C. §§841(a)(1) and 846

Original Sentence: 12 months and one day imprisonment with credit for time served followed by a fou ryear term of supervised release.

Type of Supervision: Supervised Release    Date Supervision Commenced: December 7, 2004

Assistant U.S. Attorney: Marivic P. David    Defense Attorney: John T. Gorman

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | *The defendant shall not commit another federal, state, or local crime:* On June 6, 2006, the defendant was arrested by the Kelso Police Department in Kelso, Washington, and charged with Theft, a second degree felony. He was released after posting bond on June 7, 2006. His case has been assigned Case No. 06-1-00706-6, and his next court date has been set for a pretrial hearing on July 26, 2006. |

**ORIGINAL**

Standard
(1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

The defendant was authorized to travel to Seattle, Washington from June 3, to June 6, 2006, to visit his girlfriend's family. He was not authorized to travel out of the Seattle area to Kelso, Washington, or to extend his stay in Washington. The defendant returned to the district on June 26, 2006.

Standard
(11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On June 26, 2006, the defendant reported to the office, and failed to disclose his arrest on June 6, 2006, until questioned about the incident.

**U.S. Probation Officer Recommendation and Justification:**

The defendant was granted permission to travel to Washington to visit his girlfriend's family. While there, he traveled to an area that had not been approved, and was arrested and charged with a second degree felony theft. He failed to return to the district when instructed, and failed to notify of the arrest until questioned about the incident.

In view of the above, it is respectfully requested that a warrant be issued for Alwin Samala Cayas to appear in court and show cause why his supervision should not be revoked. It is also requested that jurisdiction in this case be transferred to the Eastern District of Texas after the warrant has been executed in order for the hearings to be conducted locally where supervision is being conducted. ~~Attached please find Transfer of Jurisdiction, Prob 22, in order to begin that process~~

I declare under penalty of law that the foregoing is true and correct.

Robert A. Moehnke
U.S. Probation Officer

Reviewed and approved:

Myra Kirkwood, Supervising
U.S. Probation Officer

Executed on July 10, 2006
Place: Plano, Texas

RECEIVED
AUG 1 4 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**THE COURT ORDERS:**

[X] The Issuance of a Warrant
[ ] Other

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

August 15, 2006
Date