# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

August 18, 2006

**FILED**
DISTRICT COURT OF GUAM
AUG 28 2006
MARY L.M. MORAN
CLERK OF COURT

Honorable Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagatna, Guam 96910

Re: CAYAS, Alwin Samala
USDC Cr. Cs. No. CR98-00291-001

**TRANSFER OF JURISDICTION REQUEST**

Dear Judge:

Our office has received a request for a transfer of jurisdiction to the Eastern District of Texas Probation Office for the above offender. Mr. Cayas is being supervised by that district and has violated conditions of his supervised release. The Eastern District of Texas Probation Office would like to dispose of the violations in their district. Attached is Probation Form 22, Transfer of Jurisdiction, for your review and disposition.

Please do not hesitate to contact me if there are any questions or concerns.

Sincerely,

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: File

ORIGINAL