
| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 98-00291-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alwin Samala Cayas<br>c/o Robert A. Moehnke<br>U.S. Probation Officer<br>Eastern District of Texas<br>United States District Court<br>220 Atrium at Collin Ridge<br>500 North Central Expressway<br>Plano, TX 75074 | Guam | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John S. Unpingco, Chief Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM December 7, 2004 | TO December 6, 2008 |

**OFFENSE**

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE aka "ICE", in violation of 21 U.S.C. §§ 841(a)(1) and 846.**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____N/A_____ DISTRICT OF _____GUAM_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Eastern District of Texas_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 29, 2006
_Date_

_Ronald B. Leighton_
United States District Judge
RONALD B. LEIGHTON, Designated Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR _____Eastern_____ DISTRICT OF _____Texas_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-13-06
_Effective Date_

RECEIVED
AUG 28 2006

_Paul Brown_
United States District Judge

DISTRICT COURT OF GUAM
HAGATNA, GUAM

*The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

**ORIGINAL**