AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

**ALWIN SAMALA CAYAS**

**WARRANT FOR ARREST**

Case Number: **CR-98-00291**

FILED
DISTRICT COURT OF GUAM
DEC 2 7 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____**ALWIN SAMALA CAYAS**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   **X** Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**

(SEE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AND ORDER SEPARATELY FILED ON August 15, 2006)

in violation of Title ___**18**___ United States Code, Section(s) ___**3583**___

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

*/s/ K. Hernandez*
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

**August 16, 2006; Hagatna, Guam**
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Seattle, Washington

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/16/06 | USMS Washington | [signature] |
| DATE OF ARREST 12/3/06 | | |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: <u>ALWIN SAMALA CAYAS</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____



# UNITED STATES MARSHALS SERVICE
## Western District of Washington

700 Stewart Street, Suite 9000
Seattle Washington 98101
Office: (206) 370-8600 Facsimile: (206) 370-8671

TO: GUAM 671-473-9195

FROM: CRAIG NELSON
ASDUSM

DATE: 12-19-06

NUMBER OF PAGES: _____ EXCLUDING COVER SHEET

COMMENTS: CALL ME IF YOU HAVE ANY QUESTION. THIS IS WHAT WE GOT FROM THE COURTS.

WARNING: THE INFORMATION CONTAINED IN THIS FAX IS PRIVILEGED AND SENSITIVE AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED AND OTHERS WHO HAVE BEEN SPECIFICALLY AUTHORIZED TO RECEIVE SUCH. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, OR IF ANY PROBLEMS OCCUR, WITH THIS TRANSMISSION, PLEASE NOTIFY THE SENDER IMMEDIATELY BY PHONE.

CLOSED

# U.S. District Court
## WESTERN DISTRICT OF WASHINGTON (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-00642-JLW-ALL
### Internal Use Only

Case title: USA v. Cayas
Other court case number: CR06-288 Eastern District of Texas, Plano

Date Filed: 12/04/2006

Assigned to: John L Weinberg

**Defendant**

**Alwin Samala Cayas (1)**
*TERMINATED: 12/08/2006*

represented by **Timothy R Lohraff**
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER
OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Fax: FAX 553-0120
Email: tim_lohraff@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Violation of Supervised Release in ED-

**Disposition**

https://ecf.wawd.uscourts.gov/cgi-bin/DktRpt.pl?957568631025109-L_923_0-1    12/19/2006

DEC-20-2006 09:55AM  Case 1:98-cr-00291  Document 48  Filed 12/27/2006  Page 4 of 8
FAX:206 370 8671    ID:US MARSHALS SERVICE    PAGE:002    R=94%

TX, Plano

**Plaintiff**

USA     represented by    **Mark N. Bartlett**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: Mark.Bartlett@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2006 | 7 | Letter from WD-WA regarding Rule 5 documents sent to ED-TX as to defendant Alwin Samala Cayas (HAZ, ) (Entered: 12/13/2006) |
| 12/08/2006 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to Eastern District of Texas as to Alwin Samala Cayas by Judge John L Weinberg. (cc: PTS, USMO) (HAZ, ) (Entered: 12/11/2006) |
| 12/08/2006 | 5 | Minute Entry for proceedings held before Judge John L Weinberg - CRD: *phv*; AUSA: *Mark Bartlett*; Def Cnsl: *Tim Lohraff*, PTS: *Courtney Knudsen*; Court Reporter: *digital recording*; Time of Hearing: *3:00*; Courtroom: *12B*; **RULE 5(c)(3) HEARING** as to Alwin Samala Cayas held on 12/8/2006. Defendant(s) remanded to custody., **DETENTION HEARING** as to Alwin Samala Cayas held on 12/8/2006. Deft signs Waiver of Rule 5; Court questions deft, reviews Waiver, and signs Order of Transfer. Mr Lohraff argues for release. Court makes findings. Defendant ORDERED detained. Defendant remanded to custody. (PV, ) (Entered: 12/08/2006) |
| 12/04/2006 | 4 | Minute Entry for proceedings held before Judge John L Weinberg - CRD: *HAZ*; AUSA: *M BARTLETT*; Def Cnsl: *T LOHRAFF*; PTS: *C KNUDSEN*; Time of Hearing: *2:30 PM*; Courtroom: *12B*; Interpreter: *NOT NEEDED*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Alwin Samala Cayas held on 12/4/2006. CT reviews financial affidavit and appoints counsel. Defendant advised of rights and allegations pending in ED-TX. Govt moves for detention, hearing st. Defendant(s) remanded to custody.<br><br>Detention Hearing set for 12/8/2006 at 03:00 PM before John L Weinberg. Status Hearing set for 12/8/2006 before John L Weinberg. (HAZ, ) (Entered: 12/06/2006) |
| 12/04/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Tim Lohraff by Judge John L Weinberg. (HAZ, ) (Entered: 12/06/2006) |
| 12/04/2006 | 2 | NON-PUBLIC Financial Affidavit by Alwin Samala Cayas signed by Judge John L Weinberg.(HAZ, ) (Entered: 12/06/2006) |

https://ecf.wawd.uscourts.gov/cgi-bin/DktRpt.pl?957568631025109-L_923_0-1     12/19/2006

DEC-20-2006 09:55AM Case 1:98-cr-00291 FAX:206 370 8671 Document 48 ID:US MARSHALS SERVICE Filed 12/27/2006 PAGE:003 Page 5 of 8 R=95%

| 12/04/2006 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Alwin Samala Cayas (HAZ, ) (Entered: 12/06/2006) |
| --- | --- | --- |
| 12/04/2006 |  | Arrest of Alwin Samala Cayas on 12/4/2006. (HAZ, ) (Entered: 12/06/2006) |

WAWD CM/ECF Version 2.5 - Docket Report                                Page 3 of 3

https://ecf.wawd.uscourts.gov/cgi-bin/DktRpt.pl?957568631025109-L_923_0-1         12/19/2006

DEC-20-2006 09:56AM  Case 1:98-cr-00291  FAX:206 370 8671  Document 48  ID:US MARSHALS SERVICE  Filed 12/27/2006  PAGE:004  Page 6 of 8  R=94%

```
                                                        ___ FILED ___ ENTERED
         RECEIVED                                       ___ LODGED ___ RECEIVED
    UNITED STATES MARSHAL
                                                              DEC -8 2006
       2006 DEC 11 P 1:30
          UNITED STATES DISTRICT COURT                  AT SEATTLE
                                                        CLERK U.S. DISTRICT COURT
       for the WESTERN DISTRICT OF WASHINGTON           WESTERN DISTRICT OF WASHINGTON
                                                                                DEPUTY
                        at Seattle
```

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　Case No. 06-642M

vs.

**Alwin Cayas**

　　　　　　　　　　　　　　　　　　WAIVER OF RULE 5(c)(3)(D) HEARING

　　　　Defendant.　　　　　　　　and ORDER OF TRANSFER

06-MJ-00642-WV

## WAIVER OF RULE 5(c)(3)(D) HEARING

I, **Alwin Somola Cayas**, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

　　a)　I acknowledge that I am the person named in an indictment, information, or warrant issued in District of Guam, jurisdiction now in the U. S. District Court for the **Eastern** District of **Texas**;

　　b)　I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

c)  If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d)  I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this _8th_ day of _December_, 2006.

_____    _____
Defense Counsel                              Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the __Eastern__ District of __Texas__. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this _8_ day of _December_, 2006

_____
United States Magistrate Judge